E-FILED
Friday, 21 January 2022 10:42:31 AM
Clerk, U.S. District Court, ILCD

DEC 2 1 2021

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. 21-cr-10048 |
| v. ) | VIOLATIONS: |
| SAMUEL POWELL, ) | 18 U.S.C. § 641 |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1
### (Theft of Government Money)

In or about March 2021, at Peoria, in the Central District of Illinois,

SAMUEL POWELL,

defendant herein, willfully and knowingly did steal and purloin money and property of the United States, said money and property having a value exceeding $1,000;

In violation of Title 18, United States Code, Section 641.

A True Bill,
  s/ Foreperson

———
Foreperson

s/ Darilynn Knauss

GREGORY K. HARRIS
UNITED STATES ATTORNEY
DJK