E-FILED
Friday, 21 January, 2022 03:55:22 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v<br><br>SAMUEL POWELL,<br>    Defendant. | Case Number: 1:21-cr-10048 |

## ORDER PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 5(f)

Pursuant to Federal Rule of Criminal Procedure 5(f), counsel for the Government and counsel for the Defendant are hereby notified of the prosecutor's obligation under *Brady v. Maryland*, 373 U.S. 83 (1963), to produce to the Defendant all potentially exculpatory evidence material either to the guilt or punishment of the Defendant at a time sufficient "for the defendant to make effective use of the exculpatory information." *U.S. v. Higgins*, 75 F.3d 332, 334 (7th Cir. 1996), *citing U.S. v. Allain*, 671 F.2d 248, 255 (7th Cir. 1982).

Possible consequences for violation of this Order include those set forth in Federal Rule of Criminal Procedure 16(d)(2), sanctions, and contempt of court.

    Entered on January 21, 2022

    s/Jonathan E. Hawley
    U.S. MAGISTRATE JUDGE