E-FILED
Thursday, 31 March, 2022 06:59:22 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>v<br><br>SAMUEL POWELL,<br>　　　Defendant. | Case Number: 1:21-cr-10048 |

## ORDER OF DETENTION

The Defendant appeared before this Court on Thursday, March 31, 2022, after the filing of a petition to revoke the Defendant's pretrial release. The Government moved for detention of the Defendant pursuant to 18 U.S.C. § 3148.

Defendant, through counsel, indicated to the Court that the Defendant waived the right to a detention hearing and agrees to voluntarily surrender the bond, thereby consenting to detention. The Court therefore makes no findings regarding whether the Defendant did or did not violate the conditions of pretrial release, but, pursuant to the voluntary waiver, orders that the Defendant be DETAINED pending resolution of the defendant's case.

Pursuant to 18 U.S.C. § 3142, the Defendant "shall be detained" for the duration of the continuance. Accordingly, the Defendant shall be held in the custody of the United States Marshal until a detention hearing, if any, is held.

Pursuant to 18 U.S.C. § 3142(h)(i), the Court directs that the Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; directs that the Defendant be afforded a reasonable opportunity for private consultation with counsel; and, on order of a court of the United States or on a request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined deliver the Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

The Defendant is remanded into the custody of the United States Marshal.

Entered on March 31, 2022

s/Jonathan E. Hawley
U.S. MAGISTRATE JUDGE