RECEIVED
AUG 29 2022
U.S. CLERK'S OFFICE
PEORIA, ILLINOIS

To: Clerk of the Court.

Case No.: 21CR10048-001

RE: Case File; UNITED STATES VS. SAMUEL POWELL

Dear Clerk of Court,

    I am writing to you with the hopes that you will assist me in obtaining the necessary paperwork in order to petition the court for collatteral relief from my conviction and sentence.

The legal documents that I request are a part of my case file and the court should have a copy. The case file number is listed above. I would greatly appriciate it if you would forward to me a copy of the following legal documents from my file please:

1. PLEA AGREEMENT
2. DOCKET SHEET
3. SENTENCING MEMORANDUM
4. SENTENCING TRANSCRIPTS
5.

Because of the nature of the action I plan to take, will you please request that the envelope be opened in my presence. I would like to thank you in advance for your assistance.

Sincerely,

8/25/22
Date

Federal Correctional Institution
P.O. Box 5000
Pekin IL 61555-5000

Samuel Powell 82599-509
Federal Correction Institution
P.O. Box 5000
Pekin, IL 61555

82599-509
Clerk Of Court
100 SW Monroe ST
Peoria, IL 61602
United States